March 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT  BITTINGER, Appellant

NO. 14-12-01080-CV V.

WELLS FARGO BANK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS
OF SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET BACKED
CERTIFICATES SERIES 2007-OPT1; AMERICAN HOME MORTGAGE
SERVICING, INC., (ASHMI), SHAREHOLDERS JOHN DOES 1-499 OF
SOUNDVIEW HOME LOAN TRUST, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 27, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Robert Bittinger.

We further order this decision certified below for observance.